# EXHIBIT A

RECEIVED IN CRIMINAL DOCKETING

NOEM

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERISDE

IN THE MATTER OF THE APPLICATION OF: ) Case No.: No. RIC 474260
)
Robert J. Linn ) ORDER RE: PETITION FOR WRIT
) OF HABEAS CORPUS
)
) FILED
) SUPERIOR COURT OF CALIFORNIA
FOR A WRIT OF HABEAS CORPUS ) COUNTY OF RIVERSIDE
)
) JUN 29 2007
)

The Court, having read and considered the Petition for Writ of Habeas Corpus, presented this 29 day of June, 2007, hereby orders the following:

___ Pursuant to California Rule of Court 4.551, the petition is denied due to the failure of the petition to state a prima facie factual case supporting petitioner's release. While the petition states a number of factual conclusions, these broad conclusions are not backed up with specific details, and/or are not supported by the record in the case.

___ Pursuant to California Rule of Court 4.551, the petition is denied due to the failure of the petition to state a prima facie case supporting petitioner's claim. The petition makes assertions regarding the applicable law that are contrary to established California case decisions.

Summary of Pleading - 1

1
2
3
4     ____    Pursuant to California Rule of Court 4.551, the petition is
5             denied due to the failure of the petition to establish that
6             petitioner has exhausted available administrative remedies.
7
8     ____    Pursuant to California Rule of Court 4.551, the petition is
9             denied because the petition failed to raise any new issue
10            that has not previously been addressed in an earlier Writ
11            petition.
12
13    ____    Pursuant to California Rule of Court 4.551, the petition is
14            denied because the petition is now moot due to changed
15            conditions.
16
17    ____    Pursuant to California Rule of Court 4.551(b), the court
18            invites respondent to submit an informal response to the
19            petition within 15 days. Should an informal response be
20            submitted, it shall be served on petitioner. Petitioner
21            shall have an additional 15 days after service of the
22            informal response in which to file a reply.
23
24    ____    Pursuant to California Rule of Court 4.551(c), the court
25            finds that the petition states a prima facie basis for
              relief and Respondent is ordered to show cause why the

Summary of Pleading - 2

petition should not be granted. Respondent is ordered to submit a Return to the Petition within 30 days.

_____  Pursuant to Griggs v. Superior Court (1976) 16 C3d 341, the court finds that the petition states a prima facie basis for relief and transfers the petition to the Superior Court of California, County of _____, the court whose proceedings are asserted as being in error by the petition.

Dated: 6-29-07

Judge of the Superior Court
County of Riverside