# EXHIBIT C

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

**ORDER**



In re ROBERT J. LINN
   on Habeas Corpus.

E043620

(Super.Ct.No. RIC474260 & CR18380)

The County of Riverside

THE COURT

   The petition for writ of habeas corpus is DENIED.

                                                           MILLER
                                                                         Acting P.J.

cc:   See attached list

