# EXHIBIT E

RECEI    )IN CRIMINAL DOCKETING
GLORIA

Court of Appeal, Fourth Appellate District, Div. 2 - No. E043620
S155154

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re ROBERT J. LINN on Habeas Corpus

The petition for review is denied.

George, C.J., was absent and did not participate.

SUPREME COURT
FILED
OCT 1 7 2007
Frederick K. Ohlrich Clerk
_____
Deputy

KENNARD
Acting Chief Justice