IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LINN,<br>　　　　Petitioner,<br>　vs.<br>BEN CURRY, Warden,<br>　　　　Respondent. | No. C 08-0243 JSW (PR)<br><br>**ORDER OF DISMISSAL**<br><br>**(Docket No. 10)** |

  Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. After Respondent's motion to dismiss was denied, Petitioner filed a motion to voluntarily dismiss this action on the ground that he received the relief he sought, i.e. release from prison.

  A plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(i). Where, as here, the Respondent has filed a responsive pleading, "The action shall not be dismissed at the plaintiff's instances save upon the order of the court and upon such terms and conditions as the court deems proper." Fed. R. Civ P. 41(a)(2). As Petitioner has obtained the relief he seeks, there is good cause to grant his motion for voluntarily dismissal. Accordingly, Petitioner's

motion to voluntarily dismiss this case is GRANTED and the case is DISMISSED with prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: December 3, 2010

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

ROBERT LINN,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

                              /

Case Number: CV08-00243 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Linn
C82285
P.O. Box 689
Soledad, CA 93960-0689

Dated: December 3, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk